UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARTA JO HIESHETTER,

    Plaintiff,

v.

TYSON FOODS, INC., et al.,

    Defendants.
_____/

Case No. 1:19-cv-190

HON. JANET T. NEFF

## ORDER

This is a civil action filed by a *pro se* litigant. Defendants filed a Motion to Dismiss (ECF No. 5). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on November 5, 2019, recommending that this Court grant the motion and that the complaint be dismissed with prejudice. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 13) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion to Dismiss (ECF No. 5) is GRANTED.

A Judgment will be entered consistent with this Order.

Dated: November 26, 2019            /s/ Janet T. Neff
                                                                     JANET T. NEFF
                                                                     United States District Judge